UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-20845-CV-KING

THE PRINCETON REVIEW, INC.,

    Plaintiff,

v.

CHRISTIAN RUIZ, and
LEARN-IT SYSTEMS, LLC,

    Defendants.
_____/

## ORDER DIRECTING THE DEFENDANT CHRISTIAN RUIZ TO FILE A REPLY WITH REGARD TO HIS MOTION TO DISMISS COMPLAINT AND COMPEL ARBITRATION

THIS CAUSE comes before the Court *sua sponte*.

On April 20, 2009, the Defendant Ruiz filed a "Motion to Dismiss Complaint and Compel Arbitration" (D.E. #4). On May 1, 2009, the Plaintiff filed its "Response in Opposition to Defendant Christian Ruiz' Motion to Dismiss Complaint and Compel Arbirtration" (D.E. #12). In this Response, the Plaintiff makes an argument that was not previously addressed by the Defendant Ruiz. Specifically, the Plaintiff asserts that its claims against the Defendant Ruiz should not be decided by arbitration because the relevant Arbitration Agreement only states that claims brought by Ruiz <u>against</u> it are to be resolved by arbitration. The

Defendant Ruiz never filed a reply to this new argument. The Court believes a reply would assist it in ruling on this issue.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that the Defendant Ruiz be, and the same is hereby, **DIRECTED to file a reply that addresses the aforementioned issue within the next ten (10) days**.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 18th day of May, 2009.

                JAMES LAWRENCE KING
                U.S. DISTRICT JUDGE
                SOUTHERN DISTRICT OF FLORIDA

cc: ***Counsel for Plaintiff***

**Niza Maria Motola**
Littler Mendelson
2 S Biscayne Boulevard
Suite 1500 One Biscayne Tower
Miami , FL 33131-1804

**Patrick Gerald DeBlasio , III**
Littler Mendelson, P.C.
2 S Biscayne Boulevard
Suite 1500
Miami , FL 33131-1802

***Counsel for Defendants***

**Reginald John Clyne**
Clyne & Associates, P.A.
814 Ponce de Leon Blvd.
Suite 210
Coral Gables , FL 33134

**Joseph Stephen Giannell**
Clyne & Associates PA
814 Ponce de Leon Boulevard
Suite 210
Coral Gables , FL 33134

**Aliette DelPozo Rodz**
Shutts & Bowen
201 S Biscayne Boulevard
Suite 1500 Miami Center
Miami , FL 33131